JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILLIAM R. T.,[1]

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 2:25-cv-08695 DSR

**JUDGMENT**

Pursuant to the Court's Memorandum Decision and Order,

IT IS ADJUDGED that the decision of the Commissioner is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Order. Judgment is hereby entered in favor of Plaintiff and against Defendant. The Order constitutes final disposition of the Complaint by the Court.

DATED: September 28, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.